```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LARRY KLAYMAN, et al. | : | MISC. ACTION |
| v. | : | |
| JUDICIAL WATCH, INC., et al | : | NO. 08-64 |

<u>ORDER</u>

AND NOW, this 1st day of April, 2008, after a telephone conference with counsel, it is hereby ORDERED that the motion of plaintiff Larry Klayman to quash subpoenas of Phillip Sheldon and Diener Consultants or alternatively for protective order is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                         C.J.